BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **AUGUST 30, 2021**
Time in Court: *30 Minutes*

CRIMINAL CAUSE FOR IN PERSON PLEADING

DOCKET # CR 19-139-03(RJD)

CASE: **U.S.A. -v-   KEVIN NELSON(ON BOND)**
              **COUNSEL:   NOEM BIALE(CJA)**

AUSA: **VIRGINIA NGUYEN**

COURTREPORTER: *LINDA MARINO*

- X    CASE CALLED FOR PLEADING.

- X    DEFENDANT SWORN.

- X    DEFENDANT WITHDRAWS PREVIOUSLY ENTERED PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO COUNT SIX(6) OF THE SIX COUNT INDICTMENT.

- X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS THE PLEA OF GUILTY TO COUNT SIX.

- X    SENTENCE DATE: 12/9/2021 AT 10:00AM
       SENTENCE SUBMISSIONS DUE AS FOLLOWS: DEFENSE: 11/18/2021;
       GOVERNMENT 12/1/2021, WITH HARD COPIES TO CHAMBERS
       AND ASSIGNED PROBATION OFFICER.